AO 93 Search and Seizure Warrant


SEALED

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>a red Mercedes GLK four-door vehicle<br>bearing Arizona license plate RSA1AEA. | Case No. 22-9450 MB<br><br>**(Filed Under Seal)** |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-2.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  12/26/2022  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on duty in the District of Arizona</u>.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date:  12/12/2022 @ 2:55pm                                                         *ESWillett*
                                                                                                        *Judge's signature*

City and state:  Phoenix, Arizona                                       Honorable EILEEN S. WILLETT, U.S. Magistrate Judge
                                                                                                *Printed name and title*

## ATTACHMENT A-2

*Property to be searched*

The property to be searched is a four-door, 2010 Mercedes, GLK, red in color, bearing Arizona license plate RSA1AEA with Vehicle Identification Number (VIN) ending in x6832 (**Subject Vehicle A-2**).



## ATTACHMENT B

*Property to be seized*

Agents are authorized to search for evidence, contraband, fruits, or instrumentalities of violations of 18 U.S.C. § 922(a)(1)(A) (dealing firearms without a license), 18 U.S.C. § 922(a)(6) (material false statement in connection with the acquisition of a firearm), and 18 U.S.C. § 924(a)(1)(A) (false statement during the purchase of a firearm), as further described in the affidavit of probable cause including:

1. Any firearms, including firearms parts, frames, receivers, accessories, magazines, cases, and boxes.

2. Records from February 1, 2020, to the present:

   a. Records, documents, notes, receipts, ledgers, invoices, indicia, or photographs showing the acquisition or sale of any firearms and firearm parts.

   b. Receipts, bank account records, buyer or seller lists, money transfer records, agreements for storage facilities, records of mail service, ledgers, and notebooks showing the acquisition and/or disposition of firearms and firearm parts.

   c. Books, records, receipts, notes, ledgers, personal checks, and other papers relating to the transportation, ordering, and purchase of firearms, firearm accessories.

   d. Ledgers, customer lists, contact lists, inventory lists, vendor lists, or any notes containing the individual names of such persons, telephone numbers or addresses of such persons.

   e. Bank documents and records, financial documents and records, and any records and documents relating to any bank or financial transactions, including: correspondence, signature cards and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly or periodic account statements; pre-paid credit/debit cards; money wrappers; copies of check journals, check ledgers, checkbooks, check registers, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, financial statements, mortgage or promissory

notes; copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts; and records relating to employment, wages earned and paid, business income earned, and other compensation records.

3. Records indicating occupancy, residency, rental or ownership of the search location, including utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and handwritten notes or other correspondence addressed to the occupant of the residence.

4. Any and all records pertaining to the rental of self-storage units and post office boxes or mailboxes.

6. Items used for identification, including identification cards under fictitious names, and any other type of false identifying documents.

5. Electronic equipment, including cellular telephones, computers, disks, thumb drives, and any media storage device, GPS devices and their memory, and related manuals used to generate, transfer, count, record or store the information described in this attachment. For any computer or electronic storage medium whose seizure is otherwise authorized by this warrant, and any computer or electronic storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, the "Electronic Storage Device"), this warrant also authorizes the seizure of the following:

   a. Evidence of who used, owned, or controlled the Electronic Storage Device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, and browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence.

   b. Call details including call history, duration of calls, text messages, and text message history.

   c. Electronic correspondence and communications stored on, or accessed through, the Electronic Storage Device relating to the procurement of export-

controlled items, to include e-mails and attached files, text messages, any Short Message Service messages (SMS), Instant Messages (IM), Multimedia Message Service messages, or similar text or electronic messages made through additional applications from which communication can be made, and instant messaging logs;

   d. Contact lists stored on or accessed through the Electronic Storage Device, to include telephone and e-mail contact names, telephone numbers, addresses, and e-mail addresses;

   e. Evidence of software that would allow others to control the Electronic Storage Device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software.

   f. Records of internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

   g. Evidence indicating how and when the Electronic Storage Device was accessed or used to determine the chronological context of Electronic Storage Device access, use, and events relating to crime under investigation and to the user of the Electronic Storage Device;

   h. Evidence of the attachment to the Electronic Storage Device of other storage devices or similar containers for electronic evidence;

   i. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Electronic Storage Device;

   j. Evidence of the times the Electronic Storage Device was used;

   k. Passwords, encryption keys, and other access devices that may be necessary to access the Electronic Storage Device;

   l. Documentation and manuals that may be necessary to access the Electronic Storage Device or examine the Electronic Storage Device;

    m. Any records of or information about Internet Protocol addresses used by the Electronic Storage Device;

    n. Contextual information necessary to understand the evidence described in this attachment; and,

    o. Any peripheral equipment used to facilitate the transmission, creation, display, encoding or storage of records, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners.

  As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.:<br>22-9450 MB | Date and Time Warrant Executed:<br>12/14/2022 | Copy of warrant and inventory left with:<br>Claude Williams |
|---|---|---|

Inventory Made in the Presence of:
SA Villarruel

Inventory of the property taken and name of any person(s) seized:

Nothing seized from this location

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/12/2023

James Cauble, Jr
Digitally signed by James Cauble, Jr
Date: 2023.04.12 11:13:48 -07'00'

*Executing officer's signature*

SA James Cauble, Jr
*Printed name and title*